IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GERRI MARIE ARMSTRONG          PLAINTIFF

V.          NO. 11-3049

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration          DEFENDANT

**J U D G M E N T**

       For reasons stated in the Memorandum Opinion of this date, the Court hereby reverses the decision of the ALJ and remands this case to the Commissioner for further proceedings consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g).  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

       IT IS SO ORDERED AND ADJUDGED this 27th day of June, 2012.


                                       /s/ *Erin L. Setser*
                                       HON. ERIN L. SETSER
                                       UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**